NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE STAN CIPKOWSKI

---

2012-1552

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences in Serial No 08/981,665.

---

## JUDGMENT

---

B. AARON SCHULMAN, Stites & Harbison, PLLC, of Alexandria, Virginia, argued for the appellant.

LORE A. UNT, Associate Solicitor, United States Patent & Trademark Office, of Alexandria, Virginia, argued for appellee. With her on the brief were RAYMOND T. CHEN, Solicitor, and KRISTI L.R. SAWERT, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, PLAGER, and WALLACH, *Circuit Judges).*

**AFFIRMED.  *See* Fed. Cir. R. 36.**


ENTERED BY ORDER OF THE COURT


March 14, 2013 | /s/ Jan Horbaly
Date | Jan Horbaly
Clerk